UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JOSEPH B. AMADOR,<br><br>               Defendant. | No. 2:16-PO-00025-JTR<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DISMISSAL WITHOUT PREJUDICE<br><br>**MOTION GRANTED**<br>  **(ECF NO. 33)** |

    This matter comes before the Court upon motion by the United States requesting the above captioned matter be dismissed without prejudice. ECF No. 33.

    The United States recites in its motion that Defendant has complied with all terms of a Pretrial Diversion Agreement entered into with the United States. ECF No. 33 at 1. The agreement provided that if Defendant met certain conditions for a period of time, the United States would dismiss the case without prejudice. ECF No. 33 at 1.

    Thus, **IT IS ORDERED**, pursuant to Fed. R. Crim. P. 48(a), that the United States' Motion for Dismissal Without Prejudice, **ECF No. 33**, is **GRANTED**.

    **IT IS SO ORDERED.**

    DATED July 17, 2017.



                                  _____
                                  JOHN T. RODGERS
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2